IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LORITA GRANDBERRY MORROW, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KROGER LIMITED PARTNERSHIP I, ) <br> ) <br> Defendant. ) <br> ) | No. 2:25-cv-02709-SHL-tmp |

**JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Defendant's Notice of Removal (ECF No. 1), filed July 11, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Plaintiff's Motion to Remand to State Court (ECF No. 10), filed February 23, 2026, this action is **REMANDED** to the Chancery Court of Shelby County, Tennessee.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

February 24, 2026
Date